UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.

05 JUN -9 PM 4: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

BILLIE D. McKINNIE, )
)
    Plaintiff, )
)
vs. ) Civil Action No.: 1:03-1226-B/P
)
CORRECTIONS CORPORATION )
OF AMERICA, et al., )
)
    Defendants. )

### AGREED ORDER HOLDING DEADLINES IN ABEYANCE

It appears to the satisfaction of the Court that the parties have agreed, as evidenced by the signatures of counsel for all parties below, that all deadlines be held in abeyance until after a scheduled Status Conference on June 24, 2005. This matter being agreeable with the Court, it is hereby,

**ORDERED**, that all current deadlines are held in abeyance until after the scheduled Status Conference on June 24, 2005.

Dated: this 9 day of June, 2005.

~~J. DANIEL BREEN~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:03-CV-01226 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Terry Williams
LAW OFFICES OF TERRY WILLIAMS
206 S. Third
Delavan, WI 53115

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Honorable J. Breen
US DISTRICT COURT